384 A.2d 1001

Rixey Appeal.

Argued November 17, 1977. Conrad A. Johnson, for appellant; Joseph A. Jaffe, Alexander J. Jaffurs, and Arthur H. Stroyd, Jr., with them John Herold, for appellee.

Order affirmed.